AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHABAZ, JOHN C. | U.S. District Court, W.D. Wis. | 4/29/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE<br>P.O. BOX 591<br>MADISON, WI 53701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | For benefit of others VII: entries 45, 52, 58, 64 |
| 2. Co-Trustee | Trust VII, entry 1 |
| 3. Co-Trustee | Irrevocable Trust VII, entry 35 |
| 4. Co-Trustee | Qualified personal residence trust |
| 5. Co-Trustee | Qualified personal residence trust |
| 6. Member | Cherokee Association, Madison WI, a residential association, member |
| 7. Member | Cherokee CC, Madison WI, athletic social club, member. |
| 8. | |
| 9. | |

2009 MAY 15 A 11: 04
DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/31/1985 | Stipulation dated 1/3/1985 in which Wisconsin Retirement System benefits have been irrevocably assigned to another. (VII-4) (alimony) |
| 2. | |

Shabaz_John_C

3.

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C. | 4/29/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C. | 4/29/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C. | 4/29/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Trust #1 ▬▬ | E | Interest | M | T | | | | | (Part 1, 4) |
| 2. -RW Baird Money Market | | | | | | | | | |
| 3. -Citigroup Capital VIII Stock | | | | | | | | | |
| 4. -CORTS TR II Bell South 7% Stock | | | | | | | | | |
| 5. -ING Group Stock | | | | | | | | | |
| 6. -Royal Bank of Scotland Stock | | | | | | | | | |
| 7. Government Life Ins. (VA) | A | Interest | J | T | | | | | |
| 8. Federated Utility Fund, Inc. IRA | B | Dividend | K | T | | 12/31 | J | | Required IRA Distr for 08 |
| 9. Wisconsin Retirement System | D | Pension | K | T | | | | | (Part II, 1) |
| 10. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 11. Wisconsin ST GO SER D 1990 BDS, Higher Education Service | A | Interest | K | T | | | | | |
| 12. Bank Mutual Corp | A | Dividend | J | T | | | | | (Part 1, 1) |
| 13. Trust #2 (Pension/Profit Plan Trust) | E | Interest | N | T | | 12/31 | J | | Required 401K Distr for 08 |
| 14. -RW Baird Money Market | | | | | | | | | |
| 15. -Lasalle Nat'l Bank CD | | | | | Sold | 10/13 | L | F | |
| 16. -Green Tree Financial Corp bond | | | | | | | | | |
| 17. -M&I Bank stock | | | | | Sold | 10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C. | 4/29/2009 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Morgan Stanley Capital fund | | | | | | | | | |
| 19.  -Corp Backed Trust CTS Goldman Sachs bond | | | | | | | | | |
| 20.  -Corp Backed TR CTFS Republic New York Corp bond | | | | | | | | | |
| 21.  -Citigroup Capital stock | | | | | | | | | |
| 22.  -General Electric stock | | | | | | | | | |
| 23.  -Johnson & Johnson stock | | | | | | | | | |
| 24.  -Kohl's Corp. stock | | | | | | | | | |
| 25.  -Oracle Corp. stock | | | | | | | | | |
| 26.  -Citigroup Preferred stock | | | | | | | | | |
| 27.  -Bell South Cap. stock | | | | | | | | | |
| 28.  -Merrill Lynch PFD CAP TR stock | | | | | | | | | |
| 29.  -Bank of America Corp stock | | | | | | | | | |
| 30.  -Saturns Goldman Sachs stock | | | | | | | | | |
| 31.  -Royal Bank of Scotland stock | | | | | Sold | 10/13 | J | A | |
| 32.  Trust #3 (Irrevocable Trust) | E | Interest | N | T | | | | | (Part 1, 2) |
| 33.  -RW Baird Money Market | | | | | | | | | |
| 34.  -GNMA Pool bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C. | 4/29/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Maricopa County AZ Revenue Bond | | | | | | | | | |
| 36. -IL DEV FIN ATH RV PRVENA HLTH bond | | | | | | | | | |
| 37. -Wisconsin ST HLTH & EDL FACS AUTH bond | | | | | | | | | |
| 38. -Merrill Lynch PFD CAP stock | | | | | | | | | |
| 39. -Saturns Goldman Sachs stock | | | | | | | | | |
| 40. -Corp Backed Trust CTFS Goldman Sachs stock | | | | | | | | | |
| 41. -Morgan Stanley Capital stock | | | | | | | | | |
| 42. -Royal Bank of Scotland stock | | | | | | | | | |
| 43. -ING Group stock | | | | | | | | | |
| 44. -Midwest Express stock | | | | | Sold | 2/1 | J | A | |
| 45. Trust #4 ▆▆▆JCS) | A | Interest | K | T | | | | | (Part 1, 1) |
| 46. -RW Baird Money Market | | | | | | | | | |
| 47. -Saturns Goldmans Sachs stock | | | | | | | | | |
| 48. -Morgan Stanley Capital Trust IV stock | | | | | | | | | |
| 49. -Corp Backed Trust CTFS Goldman Sachs stock | | | | | | | | | |
| 50. -Merrill Lynch PFD CAP stock | | | | | | | | | |
| 51. -ING Group stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C. | 4/29/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Trust #5 (█████/JCS) | A | Interest | J | T | | | | | (Part 1, 1) |
| 53. | -RW Baird Money Market | | | | | Sold | 4/21 | J | A | |
| 54. | -Morgan Stanley Capital Trust IV stock | | | | | Sold | 4/21 | J | A | |
| 55. | -Merrill Lynch PFD CAP stock | | | | | Sold | 4/21 | J | A | |
| 56. | Pepsico | A | Dividend | K | T | | | | | |
| 57. | Great Midwest Bank, Brookfield, WI | A | Interest | J | T | | | | | checking account |
| 58. | Trust #6 ██████ | A | Interest | J | T | | | | | (Part 1, 1) |
| 59. | -RW Baird Money Market | | | | | | | | | |
| 60. | -Citigroup Capital TR II stock | | | | | | | | | |
| 61. | -Saturns Goldmans Sachs stock | | | | | | | | | |
| 62. | -ING Group stock | | | | | | | | | |
| 63. | -Royal Bank of Scotland stock | | | | | | | | | |
| 64. | Trust #7 (██████ | A | Interest | J | T | | | | | (Part 1, 1) |
| 65. | -RW Baird Money Market | | | | | | | | | |
| 66. | -Citigroup Capital TR II stock | | | | | | | | | |
| 67. | -Saturns Goldmans Sachs stock | | | | | | | | | |
| 68. | -ING Group stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 -$50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income. assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Bank One n/k/a Chase Bank, Madison, WI | A | Interest | J | T | | | | | checking account |
| 70.  M&I Bank, Madison, WI | A | Interest | J | T | | | | | savings account |
| 71.  Associated Bank, Madison, WI | A | Interest | J | T | | | | | checking account |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 -$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Northwestern Mutual Life Insurance policies.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF[...] CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544